HUGH GRIFFITH, Respondent, *v.* TOWN OF COLESVILLE, Appellant.

(Submitted January 13, 1933; decided January 27, 1933.)

*C. L. Chamberlain* for appellant.

*John H. Weidner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.